UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                              §
                                    §
ROCHE, MICHAEL                      §    Case No. 09-29706
ROCHE, LISA                         §
                                    §
                                    §
          Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                Kenneth Gardner
                U.S. Bankruptcy Court Clerk
                219 South Dearborn Street- 7th Floor
                Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/20/2012 in Courtroom 680,
                United States Courthouse
                219 South Dearborn Street
                Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: Kenneth S. Gardner_____
                                                  Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  §
                                        §
ROCHE, MICHAEL                          §      Case No. 09-29706
ROCHE, LISA                             §
                                        §
        Debtor(s)                       §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 120,000.94 |
| and approved disbursements of | $ | 78,589.73 |
| leaving a balance on hand of[1] | $ | 41,411.21 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 7,750.05 | $ 0.00 | $ 7,750.05 |
| Trustee Expenses: Phillip D. Levey | $ 56.60 | $ 0.00 | $ 56.60 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 9,360.00 | $ 0.00 | $ 9,360.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 17,166.65 |
| Remaining Balance | | $ | 24,244.56 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,582.06 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012B | Illinois Department of Revenue | $ 3,582.06 | $ 0.00 | $ 3,582.06 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 3,582.06 |
| Remaining Balance | $ | 20,662.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 214,342.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Main Street Design Pointe, L.L.C. | $ 188,718.68 | $ 0.00 | $ 18,192.36 |
| 000002 | Dell Financial Services L.L.C. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Jonathan & Katie Trice | $ 1,329.21 | $ 0.00 | $ 128.14 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | Chase Bank USA, N.A. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | Intuit Payment Solutions | $ 365.31 | $ 0.00 | $ 35.22 |
| 000007 | Zoellick Enterprises, Llc | $ 862.50 | $ 0.00 | $ 83.14 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | American General Finance | $ 536.68 | $ 0.00 | $ 51.74 |
| 000009 | GE Money Bank dba PAYPAL | $ 671.76 | $ 0.00 | $ 64.76 |
| 000010 | LVNV Funding LLC | $ 1,663.44 | $ 0.00 | $ 160.35 |
| 000011 | LVNV Funding LLC | $ 1,530.70 | $ 0.00 | $ 147.56 |
| 000012A | Illinois Department of Revenue | $ 586.36 | $ 0.00 | $ 56.52 |
| 000013 | Cummins & Associates, Ltd | $ 4,121.00 | $ 0.00 | $ 397.26 |
| 000014 | Suisse Bancorp | $ 13,957.03 | $ 0.00 | $ 1,345.45 |

Total to be paid to timely general unsecured creditors   $   20,662.50

Remaining Balance   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-29706-JPC
Michael Roche                                                           Chapter 7
Lisa Roche
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: cmendoza1              Page 1 of 3              Date Rcvd: Aug 24, 2012
                             Form ID: pdf006              Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2012.
```
db/jdb       +Michael Roche,    Lisa Roche,    616 South Oak Park,    Oak Park, IL 60304-1214
14314582     +101 North Oak Park LLC,    C/O Menges & Molzahn, LLC,    20 N. Clark, St. 2300,
               Chicago, IL 60602-5002
14314585     +AT&T Phone Service,    P.O. Box 8100,    Aurora, IL 60507-8100
14314586      AT&T Yellow Pages,    C/O Joseph Mann & Creed,    2060 Chagrin Blvd., Ste 550,
               Shaker Heights, OK 44122
14314584     +American Heritage Corporation,    707-C West Algonquin Road,    Arlington Heights, IL 60005-4406
14314588     +Beneficial,    P.O. Box 18054,    Hauppauge, NY 11788
14314589     +Best Buy,    Arrow Financial Services,    5996 W. Touhy Ave,    Niles, IL 60714-4610
14314590     +Capital One,   C/O Blitt And Gaines,    661 Glenn Ave,    Wheeling, IL 60090-6017
14314591      Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5298
14756932      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14314592     +Christopher Walsh,    111 W. Washington, Suite 1150,    Chicago, IL 60602-2730
14314593     +City Of Naperville,    400 S. Eagle Street,    Naperville, IL 60540-5279
14314594      Comcast,    P.O. Box 3002,   Southeastern, PA 19398-3002
14314595     +Cummins & Associates, Ltd,    415 North LaSalle,    Suite 600,   Chicago, IL 60654-2743
14314596      Dell Perferred,   Payment Processing Center,    P.O. Box 6403,    Carol Stream, IL 60197-6403
14314597      Farmer's Insurance,    P.O. Box 0913,   Carol Stream, IL 60132-0913
14314599      Firstsource Advantage, LLC,    HSBC Bank Nevada, N.A.,    P.O. Box 628,   Buffalo, NY 14240-0628
14391490     +Gayle Kuester,    8620 Rockefeller Ave,   Brookfield IL 60513-1415
14314600     +Genesis Financial Solutions,    First National Collectio Bureau,    610 Waltham Way,
               Sparks, NV 89434-6695
14314602     +HSBC,   Best Buy Co,    PO Box 5243,   Carol Stream, IL 60197-5243
14314601      Home Depot,    Processing Center,   Des Moines, IA 50364-0500
14990979      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
14391493     +Illinois Dept of Revenue,    9511 Harrison St,    Des Plaines, IL 60016-1563
14314603     +Intuit Payment Solutions,    21215 Burbank Blvd. 100,    Woodland Hills, CA 91367-6607
14391491     +Jonathan & Katie Trice,    447 Carleton Ave,    Glen Ellyn IL 60137-4705
14314604      Litton Loan Servicing,    P.O. Box 4387,   Houston, TX 77210-4387
14477911     +Litton Loan Servicing, LP,    P .O .Box 829009,    Dallas, TX 75382-9009
14399391     +Main Street Design Pointe, L.L.C.,    c/o Max Kantor, Esq.,    Hinshaw & Culbertson LLP,
               222 N. LaSalle St., Suite 300,    Chicago, IL 60601-1081
14314605      Main Street Design Pointe, LLC,    C/O Hinshaw & Culbertson LLP,    222 N. LaSalle, Suite 300,
               Chicago, IL 60601-1081
14314581     +Maxwell Law Group LLC,    105 W Adams,   Chicago, IL 60603-4109
14314606     +Merchant Services,    P.O. Box 6600,   Hagerstown, MD 21741-6600
14314607      Nco Financial Systems Inc,    28013 Network Place,    Chicago, IL 60673-1280
14391492     +Rob Bartolone & Mary Lescher,    129 Southcote,    Riverside IL 60546-1632
14314580     +Roche Lisa,    616 South Oak Park,   Oak Park, IL 60304-1214
14314579     +Roche Michael,    616 South Oak Park,   Oak Park, IL 60304-1214
14314610      Rush Oak Park Hospital,    P.O. Box 70769,   Chicago, IL 60673-0769
14314611      Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
14314612     +Simply Amish,    P.O. Box 67,   Arcola, IL 61910-0067
18393430     +Suisse Bancorp,    1000 Jorie Blvd, Suite 20,    Oak Brook, IL 60523-4504
14391489    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial,    P O Box 5855,    Carol Stream IL 60197)
14314613     +Troy Q. Smith & Associates,    Naperville Corporate Center,    1245 E. Diehl Rd.,
               Naperville, IL 60563-4816
14314614     +United Leather,    1233 East Levee Street,    Dallas, TX 75207-7107
14314616     +Zoellick Enterprises, Llc,    1450 N. Astor Street,    Suite 7c,   Chicago, IL 60610-5704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14314587      E-mail/PDF: recoverybankruptcy@afninet.com Aug 25 2012 02:24:30     ATT,   C/O AFNI, Inc.,
               404 Brock Dr., PO Box 3427,    Bloomington, IL 61702-3427
14736665      E-mail/Text: resurgentbknotifications@resurgent.com Aug 25 2012 00:34:09
               Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
               Greenville, SC 29603-0390
14929103     +E-mail/PDF: rmscedi@recoverycorp.com Aug 25 2012 02:29:11     GE Money Bank dba PAYPAL,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14936062      E-mail/Text: resurgentbknotifications@resurgent.com Aug 25 2012 00:34:09     LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14314608     +E-mail/Text: bankrup@nicor.com Aug 25 2012 00:34:20     Nicor Gas,    P.O. Box 8350,
               Aurora, IL 60507-8577
14753210     +E-mail/Text: resurgentbknotifications@resurgent.com Aug 25 2012 00:34:09
               PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14314609      E-mail/PDF: gecsedi@recoverycorp.com Aug 25 2012 02:29:10     PayPal,   P.O. Box 960080,
               Orlando, FL 32896-0080
14314583      E-mail/PDF: cbp@slfs.com Aug 25 2012 02:26:54     American General Finance,
               Mercantile Adjustment Bureau,    P.O. Box 9016,   Williamsville, NY 14231-9016
14823963      E-mail/PDF: cbp@slfs.com Aug 25 2012 03:05:56     American General Finance,   P.O. Box 3251,
               Evansville, IN 47731-3251
```

```
District/off: 0752-1           User: cmendoza1              Page 2 of 3                   Date Rcvd: Aug 24, 2012
                               Form ID: pdf006              Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
18525821     +E-mail/Text: mdimand@aol.com Aug 25 2012 00:39:43     SUISSE BANCORP,   C/O DIMAND LAW OFFICES,
              5 E. WILSON ST.,    BATAVIA, IL 60510-2656
14314615      E-mail/Text: bnc@ursi.com Aug 25 2012 00:39:22      United Recovery Systems, LP,   P.O. Box 722929,
              Houston, TX   77272-2929
                                                                                                  TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14314598     ##+First National Collection Bureau,   NCO Financial Systems,   3631 Warren Way,
              Reno, NV 89509-5241
                                                                                        TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2012**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: cmendoza1              Page 3 of 3                  Date Rcvd: Aug 24, 2012
                              Form ID: pdf006              Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2012 at the address(es) listed below:

          Andrew J Maxwell    on behalf of Debtor Michael Roche maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwe
           llandpotts.com;maseay@maxwellandpotts.com
          Michael R Curry    on behalf of Creditor   101 North Oak Park, LLC mrc@menges.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Phillip D Levey    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
          Terri M Long    on behalf of Creditor   Litton Loan Servicing, LP. Courts@tmlong.com
          Vikram R Barad    on behalf of Debtor Michael Roche vbarad@maxwellandpotts.com,
           maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com,
           jhsmith@maxwellandpotts.com

                                                                                                                        TOTAL: 6