# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| ROCHE, MICHAEL | § | Case No. 09-29706 |
| ROCHE, LISA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                    .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael Roche | | | |
| Lisa Roche | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 101 North Oak Park LLC C/O Menges & Molzahn, LLC 20 N. Clark, St. 2300 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Litton Loan Servicing P.O. Box 4387 Houston, TX 77210-4387 | | | | | |
| | Santander Consumer USA P.O. Box 560284 Dallas, TX 75356-0284 | | | | | |
| | Toyota Financial P.O. Box 5855 Carol Stream, IL 60197-5855 | | | | | |
| | AUTO CLUB INSURANCE ASSOCIATION | | | | | |
| | ACS RECOVERY SERVICES | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KELLOGG, DENNIS | | | | | |
| KELLOGG, DENNIS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gayle Kuester 8620 Rockefeller Ave Brookfiled, IL  60513 | | | | | |
| | Illinois Dept Of Revenue 9511 Harrison St. Des Plaines, IL 60016 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jonathan & Katie Trice 447 Carleton Ave Glen Ellyn, IL 60137 | | | | | |
| | Rob Bartolone & Mary Lescher 129 Southcote Riverside, IL  60546 | | | | | |
| 000012B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Phone Service P.O. Box 8100 Aurora, IL  60507 | | | | | |
| | AT&T Yellow Pages C/O Joseph Mann & Creed 2060 Chagrin Blvd., Ste 550 Shaker Heights, OK  44122 | | | | | |
| | ATT C/O AFNI, Inc. 404 Brock Dr., PO Box 3427 Bloomington, IL  61702-3427 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Finance Mercantile Adjustment Bureau P.O. Box 9016 Williamsville, NY  14231-9016 | | | | | |
| | American Heritage Corporation 707-C West Algonquin Road Arlington Heights, IL  60005 | | | | | |
| | Beneficial P.O. Box 18054 Hauppauge, NY  11788-8854 | | | | | |
| | Best Buy Arrow Financial Services 5996 W. Touhy Ave Niles, IL  60714 | | | | | |
| | Capital One C/O Blitt And Gaines 661 Glenn Ave Wheeling, IL  60090 | | | | | |
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE  19886-5298 | | | | | |
| | Christopher Walsh 111 W. Washington, Suite 1150 Chicago, IL  60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City Of Naperville 400 S. Eagle Street Naperville, IL 60540 | | | | | |
| | Comcast P.O. Box 3002 Southeastern, PA 19398-3002 | | | | | |
| | Cummins & Associates, Ltd 415 North LaSalle Suite 600 Chicago, IL 60654 | | | | | |
| | Dell Preferred Payment Processing Center P.O. Box 6403 Carol Stream, IL 60197-6403 | | | | | |
| | Farmer's Insurance P.O. Box 0913 Carol Stream, IL 60132-0913 | | | | | |
| | First National Collection Bureau NCO Financial Systems 3631 Warren Way Reno, NV 89509 | | | | | |
| | Firstsource Advantage, LLC HSBC Bank Nevada, N.A. P.O. Box 628 Buffalo, NY 14240-0628 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Genesis Financial Solutions First National Collectio Bureau 610 Waltham Way Sparks, NV  89434 | | | | | |
| | HSBC Best Buy Co PO Box 5243 Carol Stream, IL  60197 | | | | | |
| | Home Depot Processing Center Des Moines, IA 50364-0500 | | | | | |
| | Intuit Payment Solutions 21215 Burbank Blvd. 100 Woodland Hills, CA  91367 | | | | | |
| | John & Jill Roche 920 13th Ave. Moline, IL  61265 | | | | | |
| | Main Street Design Pointe, LLC C/O Hinshaw & Culbertson LLP 222 N. LaSalle, Suite 300 Chicago, IL  60601-1081 | | | | | |
| | Merchant Services P.O. Box 6600 Hagerstown, MD  21740 | | | | | |
| | Nco Financial Systems Inc 28013 Network Place Chicago, IL  60673-1280 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas P.O. Box 8350 Aurora, IL  60507-8350 | | | | | |
| | PayPal P.O. Box 960080 Orlando, FL  32896-0080 | | | | | |
| | Rush Oak Park Hospital P.O. Box 70769 Chicago, IL 60673-0769 | | | | | |
| | Simply Amish P.O. Box 67 Arcola, IL  61910 | | | | | |
| | United Leather 1233 East Levee Street Dallas, TX 75207 | | | | | |
| | United Recovery Systems, LP P.O. Box 722929 Houston, TX  77272-2929 | | | | | |
| | Zoellick Enterprises, Llc 1450 N. Astor Street Suite 7c Chicago, IL  60610 | | | | | |
| 000008 | AMERICAN GENERAL FINANCE | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000013 | CUMMINS & ASSOCIATES, LTD | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | DELL FINANCIAL SERVICES L.L.C. | | | | | |
| 000009 | GE MONEY BANK DBA PAYPAL | | | | | |
| 000012A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000006 | INTUIT PAYMENT SOLUTIONS | | | | | |
| 000003 | JONATHAN & KATIE TRICE | | | | | |
| 000010 | LVNV FUNDING LLC | | | | | |
| 000011 | LVNV FUNDING LLC | | | | | |
| 000001 | MAIN STREET DESIGN POINTE, L.L.C. | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000014 | SUISSE BANCORP | | | | | |
| 000007 | ZOELLICK ENTERPRISES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

| Case No: | 09-29706 | JPC | Judge: JACQUELINE P. COX |
| Case Name: | ROCHE, MICHAEL | | |
| | ROCHE, LISA | | |
| For Period Ending: | 10/07/14 | | |

| Trustee Name: | Phillip D. Levey |
| Date Filed (f) or Converted (c): | 08/13/09 (f) |
| 341(a) Meeting Date: | 09/18/09 |
| Claims Bar Date: | 02/05/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 616 S. OAK PARK AVE OAK PARK, IL (HOUSE) | 378,000.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 2. JP MORGAN CHASE CHECKING ACCOUNT | 200.00 | 200.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 3. MISC HOUSEHOLD GOODS | 1,500.00 | 1,500.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 4. MISC BOOKS, CDS | 100.00 | 100.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 5. MISC CLOTHING | 350.00 | 350.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 6. MISC HOBBY EQUIPMENT | 100.00 | 100.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 7. INSURANCE POLICY ON MICHAEL | 0.00 | 0.00 | | 0.00 | FA |
| 8. LISA FIDELITY 401(K)  NORTHWESTERN MEMORIAL HOSPIT | 100,603.00 | 100,603.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 9. LISA PENSION - NORTHWESTERN MEMORIAL PENSION FUND | 32,000.00 | 32,000.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 10. OAK PARK LEATHER, INC. 100% OF STOCK | 0.00 | 0.00 | | 0.00 | FA |
| 11. OAK PARK LEATHER, INC. LOANS | 140,000.00 | 140,000.00 | | 0.00 | FA |
| 12. PI CLAIM (ATTY. DENNIS KELLOGG  312-782-6463) | Unknown | 0.00 | | 120,000.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 13. 2004 TOYOTA SIENNA | 3,000.00 | 3,000.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 14. 2005 TOYOTA SOLARA | 4,000.00 | 4,000.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.12 | Unknown |

LFORM1

Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 09-29706 | JPC | Judge: JACQUELINE P. COX |
| Case Name: | ROCHE, MICHAEL | | |
| | ROCHE, LISA | | |

| Trustee Name: | Phillip D. Levey |
| Date Filed (f) or Converted (c): | 08/13/09 (f) |
| 341(a) Meeting Date: | 09/18/09 |
| Claims Bar Date: | 02/05/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $659,853.00 | $281,853.00 | | $120,001.12 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Distribution of supplemental dividend.

Initial Projected Date of Final Report (TFR): 12/31/12        Current Projected Date of Final Report (TFR): 12/31/13

Page: 1

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-29706 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | ROCHE, MICHAEL | Bank Name: | ASSOCIATED BANK |
| | ROCHE, LISA | Account Number / CD #: | *******2721  Checking |
| Taxpayer ID No: | *******2631 | | |
| For Period Ending: | 10/07/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 41,411.39 | | 41,411.39 |
| | 09/20/12 | 010001 | PHILLIP D. LEVEY | Chapter 7 Compensation/Fees | 2100-000 | | 7,750.06 | 33,661.33 |
| | | | 2722 NORTH RACINE AVENUE | | | | | |
| | | | CHICAGO, IL  60614 | | | | | |
| | 09/20/12 | 010002 | PHILLIP D. LEVEY | Chapter 7 Expenses | 2200-000 | | 56.60 | 33,604.73 |
| | | | 2722 NORTH RACINE AVENUE | | | | | |
| | | | CHICAGO, IL  60614 | | | | | |
| | 09/20/12 | 010003 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 9,360.00 | 24,244.73 |
| * | 09/20/12 | 010004 | Illinois Department of Revenue | Claim 000012B, Payment 100.00000% | 5800-004 | | 3,582.06 | 20,662.67 |
| | | | Bankruptcy Section | | | | | |
| | | | P.O. Box 64338 | | | | | |
| | | | Chicago, IL 60664-0338 | | | | | |
| * | 09/20/12 | 010004 | Illinois Department of Revenue | Stop Payment Reversal | 5800-004 | | -3,582.06 | 24,244.73 |
| | | | Bankruptcy Section | STOP PAY ADD SUCCESSFUL | | | | |
| | | | P.O. Box 64338 | | | | | |
| | | | Chicago, IL 60664-0338 | | | | | |
| | 09/20/12 | 010005 | Main Street Design Pointe, L.L.C. | Claim 000001, Payment 9.64002% | 7100-000 | | 18,192.51 | 6,052.22 |
| | | | c/o Max Kantor, Esq. | | | | | |
| | | | Hinshaw & Culbertson LLP | | | | | |
| | | | 222 N. LaSalle St., Suite 300 | | | | | |
| | | | Chicago, IL 60601 | | | | | |
| | 09/20/12 | 010006 | Jonathan & Katie Trice | Claim 000003, Payment 9.64031% | 7100-000 | | 128.14 | 5,924.08 |
| | | | 447 Carleton Ave | | | | | |
| | | | Glen Ellyn IL 60137 | | | | | |
| | 09/20/12 | 010007 | Intuit Payment Solutions | Claim 000006, Payment 9.64113% | 7100-000 | | 35.22 | 5,888.86 |
| | | | 21215 Burbank Blvd. 100 | | | | | |
| | | | Woodland Hills, CA 91367 | | | | | |
| | 09/20/12 | 010008 | Zoellick Enterprises, Llc | Claim 000007, Payment 9.64058% | 7100-000 | | 83.15 | 5,805.71 |
| | | | 1450 N. Astor Street | | | | | |

Page Subtotals     41,411.39     35,605.68

Ver: 18.01

FORM 2                                                                                                      Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-29706 -JPC | |
| Case Name: | ROCHE, MICHAEL | |
| | ROCHE, LISA | |
| Taxpayer ID No: | *******2631 | |
| For Period Ending: | 10/07/14 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2721  Checking |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 7c | | | | | |
| | | Chicago, IL 60610 | | | | | |
| 09/20/12 | 010009 | American General Finance | Claim 000008, Payment 9.63889% | 7100-000 | | 51.73 | 5,753.98 |
| | | P.O. Box 3251 | (8-1) Money Loaned | | | | |
| | | Evansville, IN 47731-3251 | | | | | |
| 09/20/12 | 010010 | GE Money Bank dba PAYPAL | Claim 000009, Payment 9.64035% | 7100-000 | | 64.76 | 5,689.22 |
| | | Care of Recovery Management Systems Corp | | | | | |
| | | 25 SE 2nd Ave Ste 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| 09/20/12 | 010011 | LVNV Funding LLC | Claim 000010, Payment 9.63966% | 7100-000 | | 160.35 | 5,528.87 |
| | | Resurgent Capital Services | | | | | |
| | | PO Box 10587 | | | | | |
| | | Greenville, SC 29603-0587 | | | | | |
| 09/20/12 | 010012 | LVNV Funding LLC | Claim 000011, Payment 9.64003% | 7100-000 | | 147.56 | 5,381.31 |
| | | Resurgent Capital Services | | | | | |
| | | PO Box 10587 | | | | | |
| | | Greenville, SC 29603-0587 | | | | | |
| * 09/20/12 | 010013 | Illinois Department of Revenue | Claim 000012A, Payment 9.64083% | 7100-004 | | 56.53 | 5,324.78 |
| | | Bankruptcy Section | | | | | |
| | | P.O. Box 64338 | | | | | |
| | | Chicago, IL 60664-0338 | | | | | |
| * 09/20/12 | 010013 | Illinois Department of Revenue | Stop Payment Reversal | 7100-004 | | -56.53 | 5,381.31 |
| | | Bankruptcy Section | STOP PAY ADD SUCCESSFUL | | | | |
| | | P.O. Box 64338 | | | | | |
| | | Chicago, IL 60664-0338 | | | | | |
| 09/20/12 | 010014 | Cummins & Associates, Ltd | Claim 000013, Payment 9.63989% | 7100-000 | | 397.26 | 4,984.05 |
| | | 415 North LaSalle | Michael Roche. | | | | |
| | | Suite 600 | | | | | |
| | | Chicago, IL 60654 | | | | | |
| 09/20/12 | 010015 | Suisse Bancorp | Claim 000014, Payment 9.64002% | 7100-000 | | 1,345.46 | 3,638.59 |

|  | Page Subtotals | 0.00 | 2,167.12 |
|---|---|---|---|

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Page:   3

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-29706  -JPC |
| Case Name: | ROCHE, MICHAEL |
| | ROCHE, LISA |
| Taxpayer ID No: | *******2631 |
| For Period Ending: | 10/07/14 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2721  Checking |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Diamand Law Offices | | | | | |
| | | 5 E. Wilson St. | | | | | |
| | | Batavia,IL  60510 | | | | | |
| 09/03/14 | 010016 | Main Street Design Pointe, L.L.C. | Claim 000001, Payment 1.70221% | 7100-000 | | 3,212.39 | 426.20 |
| | | c/o Max Kantor, Esq. | | | | | |
| | | Hinshaw & Culbertson LLP | | | | | |
| | | 222 N. LaSalle St., Suite 300 | | | | | |
| | | Chicago, IL 60601 | | | | | |
| 09/03/14 | 010017 | Jonathan & Katie Trice | Claim 000003, Payment 1.70176% | 7100-000 | | 22.62 | 403.58 |
| | | 447 Carleton Ave | | | | | |
| | | Glen Ellyn IL 60137 | | | | | |
| 09/03/14 | 010018 | Intuit Payment Solutions | Claim 000006, Payment 1.70266% | 7100-000 | | 6.22 | 397.36 |
| | | 21215 Burbank Blvd. 100 | | | | | |
| | | Woodland Hills, CA 91367 | | | | | |
| 09/03/14 | 010019 | Zoellick Enterprises, Llc | Claim 000007, Payment 1.70087% | 7100-000 | | 14.67 | 382.69 |
| | | 1450 N. Astor Street | | | | | |
| | | Suite 7c | | | | | |
| | | Chicago, IL 60610 | | | | | |
| 09/03/14 | 010020 | American General Finance | Claim 000008, Payment 1.70306% | 7100-000 | | 9.14 | 373.55 |
| | | P.O. Box 3251 | (8-1) Money Loaned | | | | |
| | | Evansville, IN 47731-3251 | | | | | |
| 09/03/14 | 010021 | GE Money Bank dba PAYPAL | Claim 000009, Payment 1.70299% | 7100-000 | | 11.44 | 362.11 |
| | | Care of Recovery Management Systems Corp | | | | | |
| | | 25 SE 2nd Ave Ste 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| 09/03/14 | 010022 | LVNV Funding LLC | Claim 000010, Payment 1.70250% | 7100-000 | | 28.32 | 333.79 |
| | | Resurgent Capital Services | | | | | |
| | | PO Box 10587 | | | | | |
| | | Greenville, SC 29603-0587 | | | | | |
| 09/03/14 | 010023 | LVNV Funding LLC | Claim 000011, Payment 1.70249% | 7100-000 | | 26.06 | 307.73 |

Page Subtotals        0.00        3,330.86

Ver: 18.01

Page:   4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-29706 -JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | ROCHE, MICHAEL | Bank Name: | ASSOCIATED BANK |
| | ROCHE, LISA | Account Number / CD #: | *******2721 Checking |
| Taxpayer ID No: | *******2631 | | |
| For Period Ending: | 10/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | | | | | |
| 09/03/14 | 010024 | Cummins & Associates, Ltd<br>415 North LaSalle<br>Suite 600<br>Chicago, IL 60654 | Claim 000013, Payment 1.70226%<br>Michael Roche. | 7100-000 | | 70.15 | 237.58 |
| 09/03/14 | 010025 | Suisse Bancorp<br>c/o Diamand Law Offices<br>5 E. Wilson St.<br>Batavia,IL  60510 | Claim 000014, Payment 1.70222% | 7100-000 | | 237.58 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 41,411.39 | 41,411.39 | 0.00 |
| Less:  Bank Transfers/CD's | | 41,411.39 | 0.00 | |
| Subtotal | | 0.00 | 41,411.39 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 41,411.39 | |

Page Subtotals                    0.00              307.73

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2    Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-29706 -JPC | |
| Case Name: | ROCHE, MICHAEL | |
| | ROCHE, LISA | |
| Taxpayer ID No: | *******2631 | |
| For Period Ending: | 10/07/14 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6273  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 05/16/12 | 12 | State Farm Mutual Automobile Insurance | SETTLEMENT | 1142-000 | 120,000.00 | | 120,000.00 |
| | 05/31/12 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.36 | | 120,000.36 |
| | 06/07/12 | 000101 | Dennis Kellogg | ATTORNEY FEES | | | 36,438.13 | 83,562.23 |
| | | | | Trustee's Special Counsel Fees and expenses per Order dated April 3, 2012. | | | | |
| | | | | Fees          33,600.00 | 3210-000 | | | |
| | | | | Expenses       2,838.13 | 3220-000 | | | |
| * | 06/07/12 | 000102 | Dennis Kellogg | Attorney Expenses | 3220-003 | | 2,838.13 | 80,724.10 |
| | | | | Trustee's Special Counsel Expenses per Order dated April 3, 2012. | | | | |
| * | 06/07/12 | 000102 | Dennis Kellogg | Attorney Expenses | 3220-003 | | -2,838.13 | 83,562.23 |
| | | | | Reversed because of 4 check limit per month. | | | | |
| | 06/07/12 | 000103 | Michael Roche | Exemption | 8100-000 | | 15,000.00 | 68,562.23 |
| | | | | Payment of exemption per Order dated April 3, 2012. | | | | |
| | 06/07/12 | 000104 | Lisa Roche | Exemption | 8100-000 | | 15,000.00 | 53,562.23 |
| | | | | Payment of exemption per Order dated April 3, 2012. | | | | |
| | 06/08/12 | | Transfer to Acct #*******6309 | Bank Funds Transfer | 9999-000 | | 12,100.00 | 41,462.23 |
| | 06/29/12 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.34 | | 41,462.57 |
| | 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 51.60 | 41,410.97 |
| | 07/15/12 | 000105 | Auto Club Insurance Association | Lien Claim | 4210-000 | | 3,000.00 | 38,410.97 |
| | | | c/o TransPaCSolutions | Payment of lien claim per Order re settlement of Roche v. Younger dated February 21, 2012. | | | | |
| | | | P.O. Box 36220 | | | | | |
| | | | Louisville, KY  40233-4869 | | | | | |
| | 07/15/12 | 000106 | ACS Recovery Services | Lien Claim | 4220-000 | | 9,100.00 | 29,310.97 |
| | | | 1301 Basswood Road | Payment of lien claim per Order re settlement of Roche v. Younger dated February 21, 2012. | | | | |
| | | | Schaumburg, IL  60173 | | | | | |
| | 07/31/12 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.24 | | 29,311.21 |
| | 08/23/12 | 15 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.18 | | 29,311.39 |

Page Subtotals          120,001.12          90,689.73

Ver: 18.01

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-29706 -JPC |
| Case Name: | ROCHE, MICHAEL |
| | ROCHE, LISA |
| Taxpayer ID No: | *******2631 |
| For Period Ending: | 10/07/14 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6273  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/23/12 | | Transfer to Acct #*******6309 | Final Posting Transfer | 9999-000 | | 29,311.39 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 120,001.12 | 120,001.12 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 41,411.39 | |
| Subtotal | | 120,001.12 | 78,589.73 | |
| Less:  Payments to Debtors | | | 30,000.00 | |
| Net | | 120,001.12 | 48,589.73 | |

Page Subtotals          0.00          29,311.39

Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-29706 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | ROCHE, MICHAEL | Bank Name: | BANK OF AMERICA |
| | ROCHE, LISA | Account Number / CD #: | *******6309  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2631 | | |
| For Period Ending: | 10/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/12 | | Transfer from Acct #*******6273 | Bank Funds Transfer | 9999-000 | 12,100.00 | | 12,100.00 |
| 08/23/12 | | Transfer from Acct #*******6273 | Transfer In From MMA Account | 9999-000 | 29,311.39 | | 41,411.39 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 41,411.39 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 41,411.39 | 41,411.39 | 0.00 |
| Less:  Bank Transfers/CD's | 41,411.39 | 41,411.39 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - *******2721 | 0.00 | 41,411.39 | 0.00 |
| Money Market Account (Interest Earn - *******6273 | 120,001.12 | 48,589.73 | 0.00 |
| Checking Account (Non-Interest Earn - *******6309 | 0.00 | 0.00 | 0.00 |
| | ------------------- | ------------------- | ------------------- |
| | 120,001.12 | 90,001.12 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    41,411.39    41,411.39

Ver: 18.01